


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CYNDI GREEN | CIVIL ACTION NO. 10-0413 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LIBERTY HEALTHCARE SYSTEMS, LLC | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 17], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Defendant Liberty Healthcare Systems, LLC's Motion to Dismiss [Doc. No. 4] is DENIED.

MONROE, LOUISIANA, this 1 day of October, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE