UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| CYNDI GREEN | CIVIL ACTION NO. 10-413 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| LIBERTY HEALTHCARE SYSTEMS, INC. | MAGISTRATE JUDGE KAREN HAYES |

## JUDGMENT

The Report and Recommendation [Record Document 22] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint be and is hereby **DISMISSED with prejudice** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

**THUS DONE AND SIGNED** in chambers on this 26th day of January, 2011.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE